

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ARTISAN & TRUCKERS CASUALTY CO | CIVIL ACTION NO. 11-0420 |
|---|---|
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| ASLINGER, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss or, in the alternative stay this proceeding, doc. 9, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 14th day of December, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE